UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------X

JARON STEPHENSON,

                  Plaintiff,

    -v-

SOLIDCORE HOLDINGS LLC,

                  Defendant.

------------------------------------------------------------------------X

**USDC SDNY**
**DOCUMENT**
**ELECTRONICALLY FILED**
**DOC #:_____**
**DATE FILED:  1/29/2026**

25-cv-8595 (LJL)

ORDER

LEWIS J. LIMAN, United States District Judge:

The Court held an initial pretrial conference in this matter yesterday, January 28, 2026. As indicated at the conference, the parties shall provide the Court with a Proposed Case Management Plan by February 4, 2026. The Court will refer the parties to the mediation panel for settlement purposes by way of separate order.

    SO ORDERED.

Dated: January 29, 2026
       New York, New York

_____
           LEWIS J. LIMAN
       United States District Judge