UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------------X
:
JARON STEPHENSON,                                                   :
:
                        Plaintiff,                                  :
:
        -v-                                                         :
:
SOLIDCORE HOLDINGS LLC,                                             :
:
                        Defendant.                                  :
:
--------------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:__3/3/2026__

25-cv-8595 (LJL)

ORDER

LEWIS J. LIMAN, United States District Judge:

The Court has been informed that the parties have reached a settlement in this case.

Accordingly, it is hereby ORDERED that this action is DISMISSED WITH PREJUDICE.  The

parties may reopen the case, provided the application to restore the action to the Court's calendar

is made within sixty (60) days of this Order.  Any application to reopen filed after sixty (60) days

from the date of this Order may be denied solely on that basis.  Any pending motions are

DISMISSED as moot, and all conferences and deadlines are CANCELED.

        SO ORDERED.

Dated: March 3, 2026
        New York, New York                                 _____
                                                                    LEWIS J. LIMAN
                                                             United States District Judge